UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

-------------------------------------------------------------------------x

ERIKA RANDOLPH, on behalf of herself and all others similarly situated,

                               Plaintiff,

       -v.-

THE RANGE HOOD STORE, LLC

                              Defendant,

-------------------------------------------------------------------------x

Civil Action No: 1:25-cv-09184

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

       **PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: November 28, 2025

                               Respectfully Submitted,

                               */s/Uri Horowitz*
                               Uri Horowitz, Esq.
                               **Horowitz Law, PLLC**
                               14441 70th Road
                               Flushing, NY 11367
                               uri@horowitzlawpllc.com
                               Tel. (718) 705-8700
                               Fax (718) 705-8705
                               *Attorneys for Plaintiff*

**<u>Certificate of Service</u>**

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 28th day of November 2025                    Respectfully Submitted,

                                                                              */s/ Uri Horowitz*
                                                                              Uri Horowitz, Esq.